IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDRA HOWARD, SR.,                    )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )     CASE NO. 2:22-CV-291-WHA-SMD
                                      )
CHILTON CTY. JUD. SYS., *et al.*,     )
                                      )
        Defendants.                   )

# O R D E R

This case is before the Court on a Recommendation of the Magistrate Judge entered

on July 7, 2022. Doc. 4. The Magistrate Judge recommended that this case be dismissed

without prejudice based on Plaintiff's failure to comply with an order to pay the filing fee

or file a motion to proceed *in forma pauperis*. *Id.* Plaintiff's objections were due by July

21, 2022. *Id.* at 2. Plaintiff has not filed objections to the Recommendation. Accordingly,

there being no timely objections filed to the Recommendation, and after an independent

review of the file, the Recommendation is ADOPTED, and it is hereby

    ORDERED that this case is DISMISSED without prejudice.

    Final Judgment will be entered separately.

    Done, this 29th day of July, 2022.


                       /s/ W. Harold Albritton
                       W. HAROLD ALBRITTON
                       SENIOR UNITED STATES DISTRICT JUDGE